**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| SCOTTIE J. THOMPSON, | Case No. 2:25-cv-03134-ODW (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PHH MORTGAGE CORPORATION, | |
| Defendant. | |

///

///

///

///

///

///

///

///

///

///

1

## JUDGMENT

In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss, (ECF No. 19), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 5, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**